1  Thomas P. Riley, SBN 194706
   LAW OFFICES OF THOMAS P. RILEY, P.C.
2  First Library Square
   1114 Fremont Avenue
3  South Pasadena, CA 91030

4  Tel: 626-799-9797
   Fax: 626-799-9795
5  TPRLAW@att.net

6  **Attorneys for Plaintiff**
   **J & J Sports Productions, Inc.**
7

**ORIGINAL**

**FILED**

APR - 8 2008

8              UNITED STATES DISTRICT COURT
                        FOR THE
9            NORTHERN DISTRICT OF CALIFORNIA

10

11  **J & J SPORTS PRODUCTIONS, INC.,**          Case No. C08-01868

12              **Plaintiff,**                    **CERTIFICATION AS TO**
                                                  **INTERESTED PARTIES**
13              **vs.**

14
    **MARCO ANTONIO MARTINEZ A/K/A**
15  **MARCO A. MARTINEZ,**
    **INDIVIDUALLY and d/b/a LOS**
16  **CABALLOS BAR & GRILL,**

17

18              **Defendant.**

19
          The undersigned, counsel of record for Plaintiff, J & J Sports Productions, Inc., certifies that
20
    the following listed parties have a direct, pecuniary interest in the outcome of this case.   These
21
    representations are made to enable the Court to evaluate possible disqualification or recusal.
22
    ///
23
    ///
24
    ///
25
    ///
26
    ///
27
    ///
28

Page 1

1  **PARTIES**

2  *Plaintiff, J & J Sports Productions, Inc.*
3  c/o Law Offices of Thomas P. Riley, P.C.
   Attention: Thomas P. Riley
4  First Library Square
5  1114 Fremont Avenue
   South Pasadena, CA 91030-3227
6
7  Telephone: (626) 799-9797
   Facsimile:  (626) 799-9795
8

9  *Defendant*, Marco Antonio Martinez a/k/a Marco A. Martinez, individually and d/b/a Los Caballos
10 Bar & Grill

11 3125 Cleveland Avenue
12 Santa Rosa, CA 95403

13

14 Dated:    1/7/08

15                                    **LAW OFFICES OF THOMAS P. RILEY, P.C.**
                                      By: Thomas P. Riley
16                                    Attorney of Record for
                                      J & J Sports Productions, Inc.
17

18 ///

19 ///

20 ///

21 ///

22 ///

23 ///

24 ///

25 ///

26 ///

27 ///

28

                                      Page 2