| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|
| THOMAS P. RILEY, ESQ., Bar No.: 194706<br>THOMAS P. RILEY, LAW OFFICES OF<br>1114 FREMONT AVENUE<br>SOUTH PASADENA, CA  91030 | (626) 799-9797<br><br>tprlaw@att.net | |
| ATTORNEY FOR (Name):  PLAINTIFF | Ref. No. or File No.<br>LOS CABALLOS BAR & GRILL 4/9/05 | |

Insert name of court, judicial district or branch court, if any:
UNITED STATES BANKRUPTCY COURT
NORTHERN DIVISION
235 PINE ST., 21ST FLOOR
SAN FRANCISCO, CA  94101

PLAINTIFF/PETITIONER
J&J SPORTS PRODUCTIONS, INC.

DEFENDANT/RESPONDENT:
MARTINEZ

| PROOF OF SERVICE | DATE: | TIME: | DEPT/DIV: | CASE NUMBER<br>CV081868BZ |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the

   SUMMONS & COMPLAINT; CIVIL COVER SHEET; COMPLAINT FOR DAMAGES DESIGNATION: PROPERTY RIGHTS; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; WELCOME TO THE U.S. DISTRICT COURT, SAN FRANCISCO; NOTICE OF ASSIGNMENT OF CASE UNITED STATES MAGISTRATE JUDGE FOR TRIAL

3. a. Party served:  MARCO ANTONIO MARTINEZ A/K/A MARCO A. MARTINEZ; INDIVIDUALLY AND D/B/A LOS CABALLOS BAR & GRILL

4. Address where the party was served:  2054 TOKAY STREET
   (Residence)  SANTA ROSA, CA  95404

5. I served the party
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party on:  May 15, 2008 at: 06:45 pm
   under the following Code of Civil Procedure section :
   SERVICE MADE PURSUANT TO FRCP 4(e)(2)

7. **Person who served papers**
   a. W. LYON
   b. ABSOLUTE SERVICE OF LOS ANGELES
      1301 WEST SECOND STREET, SUITE 204
      LOS ANGELES, CA 90026
   c. (213) 481-7334

   d. **The fee** for service was: $160.00
   e. I am: (3) registered California process server.
      (i) independent contractor
      (ii) Registration No.: 398
      (iii) County: SONOMA

8. **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: May 28, 2008

W. LYON

Judicial Council form POS-010 Rev. 07/01/04            PROOF OF SERVICE            10055-1/asgenpdd

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|
| THOMAS P. RILEY, ESQ., Bar No.: 194706<br>THOMAS P. RILEY, LAW OFFICES OF<br>1114 FREMONT AVENUE<br>SOUTH PASADENA, CA  91030 | (626) 799-9797<br><br>tprlaw@att.net | |
| | Ref. No. or File No. | |
| ATTORNEY FOR (Name):   PLAINTIFF   LOS CABALLOS BAR & GRILL 4/9/05 | | |

Insert name of court, judicial district or branch court, if any:
UNITED STATES BANKRUPTCY COURT
NORTHERN DIVISION
235 PINE ST., 21ST FLOOR
SAN FRANCISCO, CA  94101

PLAINTIFF:
J&J SPORTS PRODUCTIONS, INC.

DEFENDANT:
MARTINEZ

| DECLARATION<br>RE: DILIGENCE | DATE: | TIME: | DEPT/DIV: | CASE NUMBER:<br>CV081868BZ |
|---|---|---|---|---|

I received the within process on May 6, 2008 and that after due and diligent effort I have been able to personally serve said party. The following itemization of the dates and times of attempts details the efforts made to effect personal service. Additional costs for diligence are recoverable under CCP §1033.5(a)(4)(B).

Party Served: MARCO ANTONIO MARTINEZ A/K/A MARCO A. MARTINEZ; INDIVIDUALLY AND D/B/A LOS CABALLOS BAR & GRILL

Residence: 2054 TOKAY STREET, SANTA ROSA, CA 95404

Business: 3125 CLEVELAND AVENUE, SANTA ROSA, CA 95403

As enumerated below:

May 9, 2008  10:15 am    ATTEMPTED SERVICE AT BUSINESS ADDRESS. THE BUSINESS IS CLOSED AND OUT OF BUSINESS.
May 15, 2008  06:45 pm   PERSONAL SERVICE ON INDIVIDUAL.

Person who served papers
W. LYON
ABSOLUTE SERVICE OF LOS ANGELES
1301 WEST SECOND STREET, SUITE 204
LOS ANGELES, CA 90026
(213) 481-7334

The fee for service was: $160.00
I am: registered California process server.
  Employee or independent contractor
  Registration No.: 398
  County: SONOMA

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: May 28, 2008

_____
W. LYON

Judicial Council form POS-010        DECLARATION REGARDING DILIGENCE        10055-1/aspdd

AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

J & J Sports Productions, Inc.,

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: CV 08-1868 BZ

V.

Marco Antonio Martinez a/k/a Marco A. Martinez, individually and d/b/a Los Caballos Bar & Grill

TO:

Marco Antonio Martinez
a/k/a Marco A. Martinez
3125 Cleveland Avenue
Santa Rosa, CA 95403

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY

Thomas P. Riley, SBN 194706
Law Offices of Thomas P. Riley, P.C.
First Library Square
1114 Fremont Avenue
South Pasadena, CA 91030-3227
Tel: (626) 799-9797
Fax: (626) 799-9795

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

RICHARD W. WIEKING
CLERK

APR 15 2008
DATE

(BY) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me [1] | DATE |
| Name of SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

- [ ] Served Personally upon the Defendant. Place where served: ...................................................................
  ........................................................................................................................

- [ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and .....
  discretion then residing therein.
  Name of person with whom the summons and complaint were left

- [ ] Returned unexecuted:

- [ ] Other (specify):

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____        _____
              Date                              Signature of Server

                                             _____
                                             Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.