1  William W. Hatcher, Jr., State Bar #154664
   HATCHER & RUNDEL
2  114 Pierce Street
   Santa Rosa, California 95404
3  Telephone: (707) 542-1921
   Facsimile: (707) 545-0220
4
   Timothy C. Wilson, State Bar #173928
5  AARON & WILSON, LLP
   150 Post Street, Suite 400
6  San Francisco, California 94108
   Telephone: (415) 438-7800
7  Facsimile: (415) 537-0070

8  Attorneys for Defendant
   Marco Antonio Martinez aka Marco A. Martinez, individually
9  dba Los Caballos Bar & Grill

10

11

12              UNITED STATES DISTRICT COURT

13              NORTHERN DISTRICT OF CALIFORNIA

14

15  J & J SPORTS PRODUCTIONS, INC.,          CASE NO.  C08-01868 BZ

16          Plaintiff,                       **DEFENDANT MARCO ANTONIO
                                             MARTINEZ AKA MARCO A.
17      vs.                                  MARTINEZ, INDIVIDUALLY  AND
                                             DBA LOS CABALLOS BAR &
18                                           GRILL'S ANSWER TO COMPLAINT**
    MARCO ANTONIO MARTINEZ AKA
19  MARCO A. MARTINEZ, INDIVIDUALLY          **DEMAND FOR TRIAL BY JURY**
    and dba LOS CABALLOS BAR & GRILL,
20
21          Defendants.

22

23      COMES NOW DEFENDANT Marco Antonio Martinez aka Marco A. Martinez,

24  individually and dba Los Caballos Bar & Grill ("defendant"), in response to the complaint for

25  damages (the "Complaint"), as follows:

26                          **JURISDICTION**

27      1.      In response to the allegations contained in paragraphs 1 through 3 of the Complaint,

28  this answering defendant: (a) admits that the Court has subject matter jurisdiction over the claims

    giving rise to a federal question and personal jurisdiction over this answering defendant; and (b)

                                    1
    ─────────────────────────────────────────────
              DEFENDANT'S ANSWER TO COMPLAINT

1  denies the remaining allegations contained therein based upon the absence of knowledge and

2  information sufficient to form a belief as to the truth of the allegations.

3  **VENUE**

4      2.      In response to the allegations contained in paragraph 4 of the Complaint, this

5  answering defendant: (a) admits that venue is proper with respect to those claims over which this

6  Court has subject matter jurisdiction; and (b) denies the remaining allegations contained therein

7  based upon the absence of knowledge and information sufficient to form a belief as to the truth of

8  the allegations.

9  **INTRADISTRICT ASSIGNMENT**

10     3.      In response to the allegations contained in paragraph 5 of the Complaint, this

11 answering defendant: (a) admits that the events alleged to have occurred giving rise to plaintiff's

12 claims occurred in Sonoma County, California; and (b) denies the remaining allegations contained

13 therein based upon the absence of knowledge and information sufficient to form a belief as to the

14 truth of the allegations.

15 **THE PARTIES**

16     4.      In response to the allegations contained in paragraph 6 of the Complaint, this

17 answering defendant denies the allegations contained therein based upon the absence of knowledge

18 and information sufficient to form a belief as to the truth of the allegations.

19     5.      In response to the allegations contained in paragraph 7 of the Complaint, this

20 answering defendant: (a) admits that he is an individual with dominion, control, oversight and

21 management of the commercial establishment doing business as Los Caballos Bar & Grill operating

22 at 3125 Cleveland Avenue, Santa Rosa, California 95403; and (b) denies the remaining allegations

23 contained therein based upon the absence of knowledge and information sufficient to form a belief

24 as to the truth of the allegations.

25

26

27

28

DEFENDANT'S ANSWER TO COMPLAINT

## COUNT I

### (Violation of Title 47 U.S.C. Section 605)

6.    In response to the allegations contained in paragraph 8 of the Complaint, this answering defendant admits that the specified allegations are to be incorporated by reference and hereby incorporates herein by reference the responses to these allegations as set forth above.

7.    In response to the allegations contained in paragraph 9 of the Complaint, this answering defendant denies the allegations contained therein based upon the absence of knowledge and information sufficient to form a belief as to the truth of the allegations.

8.    In response to the allegations contained in paragraph 10 of the Complaint, this answering defendant denies the allegations contained therein based upon the absence of knowledge and information sufficient to form a belief as to the truth of the allegations.

9.    In response to the allegations contained in paragraph 11 of the Complaint, this answering defendant denies the allegations contained therein based upon the absence of knowledge and information sufficient to form a belief as to the truth of the allegations.

10.    In response to the allegations contained in paragraph 12 of the Complaint, this answering defendant denies the allegations contained therein.

11.    In response to the allegations contained in paragraph 13 of the Complaint, this answering defendant; (a) admits that Title 47 U.S.C. Section 605, et seq., prohibits the unauthorized publication or use of communications; and (b) denies the remaining allegations contained therein based upon the absence of knowledge and information sufficient to form a belief as to the truth of the allegations.

12.    In response to the allegations contained in paragraph 14 of the Complaint, this answering defendant denies the allegations contained therein.

13.    In response to the allegations contained in paragraph 15 of the Complaint, this answering defendant denies the allegations contained therein.

14.    In response to the allegations contained in paragraph 16 of the Complaint, this answering defendant denies the allegations contained therein.

DEFENDANT'S ANSWER TO COMPLAINT

1

**COUNT II**

2

**(Violation of Title 47 U.S.C. Section 553)**

3        15.    In response to the allegations contained in paragraph 17 of the Complaint, this

4  answering defendant admits the specified allegations are to be incorporated by reference and hereby

5  incorporates herein by reference the responses to these allegations as set forth above.

6        16.    In response to the allegations contained in paragraph 18 of the Complaint, this

7  answering defendant denies the allegations contained therein.

8        17.    In response to the allegations contained in paragraph 19 of the Complaint, this

9  answering defendant denies the allegations contained therein.

10        18.    In response to the allegations contained in paragraph 20 of the Complaint, this

11  answering defendant denies the allegations contained therein.

12        19.    In response to the allegations contained in paragraph 21 of the Complaint, this

13  answering defendant denies the allegations contained therein.

14

**COUNT III**

15

**(Conversion)**

16        20.    In response to the allegations contained in paragraph 22 of the Complaint, this

17  answering defendant admits the specified allegations are to be incorporated by reference and hereby

18  incorporates herein by reference the responses to these allegations as set forth above.

19        21.    In response to the allegations contained in paragraph 23 of the Complaint, this

20  answering defendant denies the allegations contained therein.

21        22.    In response to the allegations contained in paragraph 24 of the Complaint, this

22  answering defendant denies the allegations contained therein.

23        23.    In response to the allegations contained in paragraph 25 of the Complaint, this

24  answering defendant denies the allegations contained therein.

25      As and for separate and distinct affirmative defenses to plaintiff's Complaint, defendant

26  alleges as follows:

27

28

4

DEFENDANT'S ANSWER TO COMPLAINT

1

### FIRST AFFIRMATIVE DEFENSE

2    1.    Plaintiff fails to state facts sufficient to state a claim upon which relief may be

3    granted against this answering defendant.

4

### SECOND AFFIRMATIVE DEFENSE

5    2.    Plaintiff failed, and continues to fail, to take reasonable steps to mitigate its

6    damages.

7

### THIRD AFFIRMATIVE DEFENSE

8    3.    Plaintiff lacks standing.

9

### FOURTH AFFIRMATIVE DEFENSE

10    4.    Plaintiff's claims for damages are due, if at all, to the wrongful conduct of others.

11

### FIFTH AFFIRMATIVE DEFENSE

12    5.    Plaintiff's claims are barred by the doctrine of laches.

13

### SIXTH AFFIRMATIVE DEFENSE

14    6.    Plaintiff's claims are barred by the doctrine of estoppel.

15

### SEVENTH AFFIRMATIVE DEFENSE

16    7.    Plaintiff's claims are barred by the doctrine of waiver.

17

### EIGHTH AFFIRMATIVE DEFENSE

18    8.    Plaintiff was partially, if not wholly, negligent or otherwise at fault and should be

19    barred from recovery of that portion of the damages directly attributable to its proportionate

20    share of the negligence or fault, pursuant to the doctrine of comparative negligence.

21

### NINTH AFFIRMATIVE DEFENSE

22    9.    The damages sustained by plaintiff, if any, were caused, in whole or in part, by

23    the negligence or fault of others for which defendant is not liable or responsible.

24

### TENTH AFFIRMATIVE DEFENSE

25    10.    If defendant is responsible in any respect for any injuries or damages suffered by

26    plaintiff, which defendant expressly denies, such injuries or damages have been caused by or

27    contributed to by others, and defendant's proportional liability, if any, should be reduced to the

28    extent thereof.

DEFENDANT'S ANSWER TO COMPLAINT

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## ELEVENTH AFFIRMATIVE DEFENSE

11.    Plaintiff's claims, if any, are barred by its failure to exhaust administrative remedies.

## TWELFTH AFFIRMATIVE DEFENSE

12.    Any award of punitive damages in this action would violate defendant's constitutional rights, including the right to due process.

## REQUEST FOR TRIAL BY JURY

Defendant hereby requests trial by jury on all issues triable by jury.

## PRAYER FOR RELIEF

WHEREFORE, defendant respectfully requests:

1.    That plaintiff takes nothing by way of its complaint;

2.    That plaintiff's complaint be dismissed in its entirety with prejudice;

3.    That defendant be granted his reasonable attorneys' fees, costs and expenses; and

4.    That the Court award such other and further relief as it deems just and proper.

Dated: May 30, 2008

Respectfully submitted,

HATCHER & RUNDEL

By _____
       William W. Hatcher, Jr.
       Attorney for defendant

6

DEFENDANT'S ANSWER TO COMPLAINT

**PROOF OF SERVICE**

I am a citizen of the United States. My business address is 114 Pierce Street, Santa Rosa, California 95404. I am employed in the County of Sonoma where this service occurs. I am over the age of 18 years, and not a party to the within cause.

On the date set forth below, following ordinary business practice, I served the foregoing document(s) described as:

**DEFENDANT'S ANSWER TO COMPLAINT**

☐ **(BY FAX)** by transmitting via facsimile from facsimile number (707) 545-0220 the document(s) listed above to the fax number(s) set forth below, or as stated on the attached service list, on this date before 5:00 p.m.

☒ **(BY MAIL)** I caused such envelope(s) with postage thereon fully prepaid to be placed in the United States mail at Santa Rosa, California. I am readily familiar with my employer's normal business practice for collection and processing of correspondence for mailing with the U.S. Postal Service, and that practice is that correspondence is deposited with the U.S. Postal Service the same day as the day of collection in the ordinary course of business.

☐ **(BY PERSONAL SERVICE)** I caused each such envelope(s) to be delivered by hand this date to the offices of the addressee(s).

☐ **(BY OVERNIGHT DELIVERY)** I caused such envelope(s) to be delivered to an overnight delivery carrier with delivery fees provided for. addressed to the person(s) on whom it is to be served.

> Thomas P. Riley
> Law Offices of Thomas P. Riley
> 1114 Fremont Avenue
> South Pasadena, CA 91030

Executed on May 30, 2008, at Santa Rosa, California.

I declare under penalty of perjury, under the laws of the State of California, that the foregoing is true and correct.

_Erica Rivas_
Erica Rivas