# UNITED STATES DISTRICT COURT

## Northern District of California

| | |
|---|---|
| J & J Sports Productions, Inc.,<br><br>        Plaintiff(s),<br><br>  v.<br><br>Martinez,<br><br>        Defendant(s). | 08-01868 SBA<br><br>**NOTICE RE: NONCOMPLIANCE WITH COURT ORDER** |

The parties have failed to file an ADR Certification and either a Stipulation and [Proposed] Order Selecting an ADR Process or a Notice of Need for ADR Phone Conference as required by the Initial Case Management Scheduling Order.  Counsel shall Meet and Confer forthwith in an attempt to agree on an ADR process for this matter.  Thereafter, counsel, on behalf of themselves and each party, promptly shall file an **ADR Certification** and either 1) a **Stipulation and [Proposed] Order Selecting ADR Process**, or 2) a **Notice of Need for ADR Phone Conference** (Civil L.R. 16-8(b), ADR L. R. 3-5(b) Civil L.R. 16-8(c), ADR L. R. 3-5(c), (d)).  (These forms are available at www.adr.cand.uscourts.gov.)

Further, in accordance with ADR L.R. 3-5(e) counsel shall concurrently provide a copy of all documents filed pursuant to this notice directly to the ADR Unit either by fax (415-522-4112), hand delivery (ADR Program, USDC, Northern District of California,

**Notice Re: Noncompliance With Court Order**
08-01868 SBA                                     -1-

1  450 Golden Gate Avenue, 16th Floor, San Francisco, California), or by PDF attachment
2  to an e-mail directed to adr@cand.uscourts.gov.
3
4      It is the responsibility of counsel to schedule an ADR Phone Conference, if
5  required, to occur <u>before</u> the Case Management Conference.
6
7
8  Dated: June 25, 2008
9                          RICHARD W. WIEKING
                        Clerk
10                         by:     Timothy J. Smagacz
11
12                         ADR Administrative Assistant
                        415-522-4205
13                         Tim_Smagacz@cand.uscourts.gov
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**Notice Re: Noncompliance With Court Order**
08-01868 SBA                                    -2-

United States District Court
Northern District of California

**PROOF OF SERVICE**

Case Name:      J & J Sports Productions, Inc. v. Martinez

Case Number:    08-01868 SBA

I declare that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California. I am over the age of eighteen (18) years and not a party to the action. My business address is:

>ADR Program
>United States District Court
>Norther District of California
>450 Golden Gate Avenue Floor 16
>San Francisco, CA 94102

On June 25, 2008, I served a true and correct copy of:

**Notice Re: Noncompliance With Court Order**

[X] electronically, I caused said documents to be transmitted using ECF as specified by General Order No. 45 to the following parties:

>Thomas Peter Riley
>Law Offices of Thomas P. Riley, P.C.
>1114 Fremont Avenue
>First Library Square
>South Pasadena, CA 91030-3227
>tprlaw@att.net

>Timothy C. Wilson
>Aaron & Wilson, LLP
>150 Post Street
>Suite 400
>San Francisco, CA 94108
>tcwilson@aaron-wilson.com

>William Wallace Hatcher Jr
>Hatcher & Rundel
>114 Pierce St
>Santa Rosa, CA 95404
>whatcher@sonic.net

[ ] by Facsimile, I caused said documents to be transmitted to the following parties by fax machine:

[ ] by U. S. Mail, I placed a true copy in a sealed envelope with postage fully prepaid in the United States Post Office Mail Box in San Francisco, California, addressed as follows:

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on June 25, 2008 in San Francisco, California.

RICHARD W. WIEKING  
Clerk  
by:   Timothy J. Smagacz

*Timothy Smagacz*

ADR Administrative Assistant  
415-522-4205  
Tim_Smagacz@cand.uscourts.gov