UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CIVIL CASE MANAGEMENT CONFERENCE MINUTES

Date: 7/9/08

C-08-01868 SBA        JUDGE: SAUNDRA BROWN ARMSTRONG

Title: J & J SPORTS PRODUCTIONS, INC. vs. MARTINEZ

Atty.: TOM RILEY          WILLIAM HATCHER

                          TIMOTHY WILSON

Deputy Clerk: Lisa R. Clark        Court Reporter: N/R

**PROCEEDINGS**
Plt   DFT
( )   ( ) 1. TELEPHONE CASE MANAGEMENT CONFERENCE - HELD
( )   ( ) 2.
( )   ( ) 3.
( )   ( ) 4.
( ) Motion(s)   ( ) Granted   ( ) Denied   ( ) Off Calendar
              ( ) Granted/Part   ( ) Denied/Part   ( ) Submitted
(X) Order to be prepared by  ( ) Plaintiff  ( ) Deft  (X) Court

**RESULT OF CASE MANAGEMENT CONFERENCE**
Case Continued to_____ for a Telephone Case Management Conference at  p.m.
Case Continued to_____ for  OSC RE:_____
Case Continued to_____ for _____Motion Hearing
Brief Sched. Motion papers by_____ Opposition by_____ Reply by_____
General Discovery Cut-off 1/9/09   Expert Discovery Cut-off_____
Plft to name Experts by_____ Deft to name Experts by_____
All Dispositive Motions to be heard by ( Motion Cut-off) 2/24/09
Case Continued to 4/7/09 for Pretrial Conference at 1:00 p.m.
Pretrial Papers Due 3/17/09   Motions in limine/objections to evidence due 3/24/09
Responses to motions in limine and/or responses to objections to evidence due 3/31/09
Case Continued to 4/13/09 for Trial(Court/Jury: 2-3 Days) at 8:30 a.m.
(X) REFERRED TO MAGISTRATE TO BE ASSIGNED FOR SETTLEMENT CONFERENCE
( ) REFERRED TO MAGISTRATE TO BE ASSIGNED FOR ALL DISCOVERY MATTERS
Notes: MANDATORY SETTLEMENT CONFERENCE TO BE HELD BETWEEN 2/25-3/13-09 BEFORE A MAGISTRATE JUDGE
cc: WINGS HOM VIA FAX