Thomas P. Riley, SBN 194706
LAW OFFICES OF THOMAS P. RILEY, P.C.
First Library Square
1114 Fremont Avenue
South Pasadena, CA 91030-3227

Tel: 626-799-9797
Fax: 626-799-9795
TPRLAW@att.net

Attorneys for Plaintiff
J & J Sports Productions, Inc.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J & J Sports Productions, Inc., <br><br> Plaintiff, <br><br> vs. <br><br> Marco Antonio Martinez, et al. <br><br> Defendant. | CASE NO. CV 08-1868 SBA <br><br> STIPULATION OF DISMISSAL OF PLAINTIFF'S COMPLAINT AGAINST DEFENDANT MARCO ANTONIO MARTINEZ a/k/a MARCO A. MARTINEZ, individually and d/b/a LOS CABALLOS BAR & GRILL |

IT IS HEREBY STIPULATED by and between Plaintiff J & J SPORTS PRODUCTIONS, INC. and Defendant MARCO ANTONIO MARTINEZ a/k/a MARCO A. MARTINEZ, individually and d/b/a Los Caballos Bar & Grill, that the above-entitled action is hereby dismissed **without prejudice** against MARCO ANTONIO MARTINEZ a/k/a MARCO A. MARTINEZ, individually and d/b/a Los Caballos Bar & Grill and subject to the Court's jurisdiction to enforce the settlement agreement reached between the Parties.

///

///

///

STIPULATION OF DISMISSAL
CV 08-1868 SBA
PAGE 1

    **IT IS FURTHER STIPULATED** that provided no Party referenced above has filed a motion to reopen this action by September 15, 2008, this Court shall *not* have jurisdiction to set aside the dismissal and the dismissal shall be deemed to be **with prejudice**.

    This dismissal is made pursuant to Federal Rules of Civil Procedure 41(a)(1). Each Party referenced-above shall bear its own attorneys' fees and costs.

Dated: August 8, 2008

                                                */s/ Thomas P. Riley*
                                         LAW OFFICES OF THOMAS P. RILEY, P.C.
                                         By: Thomas P. Riley
                                         Attorneys for Plaintiff
                                         J & J SPORTS PRODUCTIONS, INC.

Dated:                              Please see attached
                                         **WILLIAM & RUNDEL**
                                         By: William W. Hatcher, Jr.
                                         Attorneys for Defendant
                                         MARCO ANTONIO MARTINEZ
                                         a/k/a MARCO A. MARTINEZ,
                                         individually and d/b/a
                                         LOS CABALLOS BAR & GRILL

**IT IS SO ORDERED:**

                                                                              Dated:_____

_____
**The Honorable Saundra Brown Armstrong**
**United States District Court**
**Northern District of California**

IT IS FURTHER STIPULATED that provided no Party referenced above has filed a motion to reopen this action by September 15, 2008, this Court shall *not* have jurisdiction to set aside the dismissal and the dismissal shall be deemed to be **with prejudice**.

This dismissal is made pursuant to Federal Rules of Civil Procedure 41(a)(1). Each Party referenced-above shall bear its own attorneys' fees and costs.

Dated: August 8, 2008

Please see attached
LAW OFFICES OF THOMAS P. RILEY, P.C.
By: Thomas P. Riley
Attorneys for Plaintiff
J & J SPORTS PRODUCTIONS, INC.

Dated: 8/1/08

WILLIAM & RUNDEL
By: William W. Hatcher, Jr.
Attorneys for Defendant
MARCO ANTONIO MARTINEZ
a/k/a MARCO A. MARTINEZ,
individually and d/b/a
LOS CABALLOS BAR & GRILL

IT IS SO ORDERED:

_____  Dated: _____
The Honorable Saundra Brown Armstrong
United States District Court
Northern District of California

**PROOF OF SERVICE (SERVICE BY FAX & OVERNIGHT MAIL)**

I declare that:

I am employed in the County of Los Angeles, California. I am over the age of eighteen years and not a party to the within cause; my business address is First Library Square, 1114 Fremont Avenue, South Pasadena, California 91030. I am readily familiar with this law firm's practice for collection and processing of correspondence/documents for mail in the ordinary course of business.

On August 8, 2008, I served:

**STIPULATION OF DISMISSAL OF PLAINTIFF'S COMPLAINT AGAINST DEFENDANT MARCO ANTONIO MARTINEZ a/k/a MARCO A. MARTINEZ, individually and d/b/a LOS CABALLOS BAR & GRILL**

On all parties in said cause by enclosing a true copy thereof in a sealed envelope with postage prepaid and following ordinary business practices, said envelope was duly mailed and addressed to:

William Wallace Hatcher, Jr., Esquire        Attorneys for Defendant
HATCHER & RUNDEL
114 Pierce Street
Santa Rosa, CA 95404

Timothy C. Wilson, Esquire
AARON & WILSON, LLP
150 Post Street, Suite 400
San Francisco, CA 91408

I declare under the penalty of perjury pursuant to the laws of the United States that the foregoing is true and correct and that this declaration was executed on August 8, 2008, at South Pasadena, California.

Dated: August 8, 2008

*Emily Stewart* (signature)
EMILY STEWART

STIPULATION OF DISMISSAL
CV 08-1868 SBA
PAGE 3