Thomas P. Riley, SBN 194706
LAW OFFICES OF THOMAS P. RILEY, P.C.
First Library Square
1114 Fremont Avenue
South Pasadena, CA 91030-3227

Tel: 626-799-9797
Fax: 626-799-9795
TPRLAW@att.net

Attorneys for Plaintiff
J & J Sports Productions, Inc.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J & J Sports Productions, Inc.,<br><br>Plaintiff,<br><br>vs.<br><br>Marco Antonio Martinez, et al.<br><br>Defendant. | CASE NO. CV 08-1868 SBA<br><br>AMENDED STIPULATION OF DISMISSAL OF PLAINTIFF'S COMPLAINT AGAINST DEFENDANT MARCO ANTONIO MARTINEZ a/k/a MARCO A. MARTINEZ, individually and d/b/a LOS CABALLOS BAR & GRILL |

**IT IS HEREBY STIPULATED** by and between Plaintiff J & J SPORTS PRODUCTIONS, INC. and Defendant MARCO ANTONIO MARTINEZ a/k/a MARCO A. MARTINEZ, individually and d/b/a Los Caballos Bar & Grill, that the above-entitled action is hereby dismissed **with prejudice** against MARCO ANTONIO MARTINEZ a/k/a MARCO A. MARTINEZ, individually and d/b/a Los Caballos Bar & Grill.

///

///

///

///

1  This dismissal is made pursuant to Federal Rules of Civil Procedure 41(a)(1).
2  Each Party referenced-above shall bear its own attorneys' fees and costs.

Dated: August 19, 2008

_____
LAW OFFICES OF THOMAS P. RILEY, P.C.
By: Thomas P. Riley
Attorneys for Plaintiff
J & J SPORTS PRODUCTIONS, INC.

Dated: _____

Please see attached
_____
**WILLIAM & RUNDEL**
By: William W. Hatcher, Jr.
Attorneys for Defendant
MARCO ANTONIO MARTINEZ
a/k/a MARCO A. MARTINEZ,
individually and d/b/a
LOS CABALLOS BAR & GRILL

**IT IS SO ORDERED:**

_____                    Dated:_____
**The Honorable Saundra Brown Armstrong**
**United States District Court**
**Northern District of California**

AMENDED STIPULATION OF DISMISSAL
CV 08-1868 SBA
PAGE 2

This dismissal is made pursuant to Federal Rules of Civil Procedure 41(a)(1). Each Party referenced-above shall bear its own attorneys' fees and costs.

Dated: August 19, 2008

LAW OFFICES OF THOMAS P. RILEY, P.C.
By: Thomas P. Riley
Attorneys for Plaintiff
J & J SPORTS PRODUCTIONS, INC.

Dated: August 20, 2008

WILLIAM & RUNDEL
By: William W. Hatcher, Jr.
Attorneys for Defendant
MARCO ANTONIO MARTINEZ
a/k/a MARCO A. MARTINEZ,
individually and d/b/a
LOS CABALLOS BAR & GRILL

IT IS SO ORDERED:

_____                          Dated: _____
The Honorable Saundra Brown Armstrong
United States District Court
Northern District of California

AMENDED STIPULATION OF DISMISSAL
CV 08 1868 SBA
PAGE 2

## PROOF OF SERVICE (SERVICE BY FAX)

I declare that:

I am employed in the County of Los Angeles, California. I am over the age of eighteen years and not a party to the within cause; my business address is First Library Square, 1114 Fremont Avenue, South Pasadena, California 91030. I am readily familiar with this law firm's practice for collection and processing of correspondence/documents for mail in the ordinary course of business.

On August 20, 2008, I served:

**AMENDED STIPULATION OF DISMISSAL OF PLAINTIFF'S COMPLAINT AGAINST DEFENDANT MARCO ANTONIO MARTINEZ A/K/A MARCO A. MARTINEZ, individually and d/b/a LOS CABALLOS BAR & GRILL**

On all parties in said cause by enclosing a true copy thereof in a sealed envelope with postage prepaid and following ordinary business practices, said envelope was duly mailed and addressed to:

| | |
|---|---|
| William Wallace Hatcher, Jr., Esquire<br>HATCHER & RUNDEL<br>114 Pierce Street<br>Santa Rosa, CA 95404 | Attorneys for Defendant |
| Timothy C. Wilson, Esquire<br>AARON & WILSON, LLP<br>150 Post Street, Suite 400<br>San Francisco, CA 91408 | Attorneys for Defendant |

I declare under the penalty of perjury pursuant to the laws of the United States that the foregoing is true and correct and that this declaration was executed on August 20, 2008, at South Pasadena, California.

Dated: August 20, 2008

*Andrea Chavez*
ANDREA CHAVEZ